```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jorge Batista,

                        Plaintiff,

    -against-

Metropolitan Transportation Authority,

                        Defendant.

1:20-cv-01254 (LJL)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       This action has been referred to Magistrate Judge Stewart Aaron for settlement. (*See* EFC No. 11.) After communicating with the parties, it is ORDERED that, no later than Wednesday September 30, 2020, counsel shall confer and shall jointly submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, four (4) mutually-agreeable dates when all parties and counsel are available to have the settlement conference.

**SO ORDERED.**

DATED:      New York, New York
                May 14, 2020

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge