```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JORGE BATISTA,                                                    :
                                                                  :
                           Plaintiff,                             :
                                                                  :         20-cv-1254 (LJL)
            -v-                                                   :
                                                                  :           ORDER
METROPOLITAN TRANSPORTATION AUTHORITY,                            :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/4/2020__

LEWIS J. LIMAN, United States District Judge:

The Court has secured a civil jury for this case for the week of December 21, 2020.

Accordingly, the parties are directed to appear in Courtroom 15C at 9:30 a.m. on December 21, 2020 prepared to begin trial.

SO ORDERED.

Dated: September 4, 2020
       New York, New York
                                        _____
                                                LEWIS J. LIMAN
                                            United States District Judge