UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

------------------------------------------------------------------X
:
JORGE BATISTA,                                                    :
:
                        Plaintiff,                               :
:                          20-cv-1254 (LJL)
        -v-                                                       :
:                               ORDER
METROPOLITAN TRANSPORTATION AUTHORITY, :
:
                        Defendant.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As discussed at the November 18, 2020 status conference, motions for summary judgment shall be filed by March 1, 2021, opposition briefs filed by March 22, 2021, and reply briefs filed by April 1, 2021.

The parties shall submit the joint pretrial order and fully briefed motions in limine by July 21, 2021. A final pretrial conference is scheduled for July 22, 2021 at 2:00 p.m.

The parties shall be ready for trial on July 26, 2021.

SO ORDERED.

Dated: November 19, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge