```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JORGE BATISTA,                                                   :
                                                                 :
                        Plaintiff,                               :
                                                                 :          20-cv-1254 (LJL)
            -v-                                                  :
                                                                 :              ORDER
METROPOLITAN TRANSPORTATION AUTHORITY,                           :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In light of Defendant's letter dated March 1, 2021, Dkt. No. 22, the deadlines in this action are ADJOURNED for thirty (30) days.

Motions for summary judgment shall be filed by March 31, 2021, opposition briefs filed by April 21, 2021, and reply briefs filed by May 2, 2021.

The parties shall submit the joint pretrial order and fully briefed motions in limine by August 20, 2021.  A final pretrial conference is scheduled for August 25, 2021 at 10:00 a.m.

The parties shall be ready for trial on August 30, 2021.

SO ORDERED.

Dated: March 1, 2021
       New York, New York                             _____
                                                             LEWIS J. LIMAN
                                                         United States District Judge