# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JORGE BATISTA,

                      Plaintiff,                      20 **CIVIL** 1254 (LJL)

       -against-                                **JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY,

                      Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 9, 2021, Defendant's motion for summary judgment is GRANTED as to breach of duty, Dkt. No. 25, and Plaintiff's motion for summary judgment is DENIED, Dkt. No. 24; accordingly, the case is closed.

**Dated:** New York, New York
         July 9, 2021

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

           **BY:**          *K. Mango*

                                                                **Deputy Clerk**